UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:05-CR-102 |
| | ) | |
| ERIC BOLDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the defendant's pro se motion for a copy of his presentence report and other documents [Doc. 29]. On November 8, 2005, Defendant pled guilty to conspiracy to distribute cocaine hydrochloride in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A) [Doc. 18]. He was sentenced to 144 months of imprisonment followed by five years of supervised release on March 8, 2007 [Doc. 24].

Because Defendant does not have a § 2255 motion pending, he is not entitled to free copies of his presentence report or other documents from his case. *See e.g., Sistrunk v. United States,* 992 F.2d 258 (10th Cir. 1993); *United States v. Connors,* 904 F.2d 535 (9rh Cir. 1990); *United States v. Lewis,* 605 F.2d 379 (8th Cir. 1979); *United States v. Losing,* 584; F.2d 289 (8th Cir. 1978). Accordingly, Defendant's motion for a copy of his presentence report and copies of other documents [Doc. 29] is **DENIED.**

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE